IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ELMY, individually and on behalf of all other similarly situated persons, ) ) ) ) | |
| Plaintiff, ) ) | NO. 3:17-cv-01199 |
| v. ) ) ) | JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |
| WESTERN EXPRESS, INC., et al., ) ) | |
| Defendants. ) | |

## ORDER

By Order (Doc. No. 73) entered on April 4, 2018, the Court granted Defendant's Supplemental Motion to Stay (Doc. No. 61) to await the decision of the Supreme Court in *New Prime, Inc. v. Oliveira*. The Supreme Court issued its decision in *New Prime* on January 15, 2019. (Doc. No. 116). Accordingly, the stay entered in this action is lifted.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE