IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ELMY, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC., NEW HORIZONS LEASING, INC., and JOHN DOES 1-5,<br><br>Defendants. | Case No.: 3:17-cv-01199<br>Judge Campbell<br>Magistrate Judge Frensley |

**NEW HORIZONS LEASING, INC.'S PARTIAL MOTION TO DISMISS
PLAINTIFF'S AMENDED COLLECTIVE & CLASS ACTION COMPLAINT**

Defendant New Horizons Leasing, Inc. ("New Horizons"), by its undersigned counsel, hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Causes of Action I and IV through VIII from Plaintiff's Amended Collective and Class Action Complaint ("Amended Complaint") with prejudice in this matter. (D.E. 162).

As set forth more fully in New Horizons' contemporaneously filed Memorandum of Law in Support, this Motion is predicated on Plaintiff's failure to state a claim upon which relief can be granted with respect to his: (1) Federal Forced Labor; (2) Tennessee Common Law Unenforceable Contract; (3) Tennessee Common Law Unjust Enrichment; (4) FLSA misclassification; (5) Truth-in-Leasing Act; and (6) Breach of Contract causes of action.

Accordingly, this Honorable Court should grant New Horizons' Partial Motion to Dismiss Plaintiff's Causes of Action I and IV through VIII with prejudice.

Respectfully submitted,

By:

    <u>*s/ R. Eddie Wayland*</u>_____
R. Eddie Wayland (No. 6045)
Mark E. Hunt (No. 10501)
Benjamin P. Lemly (No. 35225)
KING & BALLOW
315 Union Street
Suite 1100
Nashville, TN 37201
(615) 726-5430
rew@kingballow.com
mhunt@kingballow.com
blemly@kingballow.com

*Attorneys for New Horizons Leasing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Court and electronically served on date reflected in the ECF system upon:

Mike Sweeney
Lesley Tse
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
Phone: (845) 255-9370

Justin L. Swidler
SWARTZ SWIDLER LLC
1101 Kings Hwy N.
Suite 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420

Charles Yezbak
Yezbak Law Offices
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

By: *s/ Benjamin P. Lemly*
Benjamin P. Lemly