IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ELMY, individually and on behalf of all other similarly situated persons, ) ) ) ) | |
| Plaintiffs, ) ) | NO. 3:17-cv-01199 |
| v. ) ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| WESTERN EXPRESS, INC., et al., ) ) | |
| Defendants. ) | |

**ORDER**

The Court has been advised that the Parties have agreed to settle all claims in this matter. (*See* Doc. No. 508). Accordingly, this case is administratively closed. The teleconference currently scheduled for December 13, 2021, is cancelled. On or before February 28, 2022, the parties shall submit a Joint Motion for Preliminary Approval.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE