# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN ELMY, et al., | |
| Plaintiffs, | CIVIL NO. 3:17-cv-01199 |
| v. | Judge Campbell/Frensley |
| WESTERN EXPRESS, INC., et al., | |
| Defendants. | |

**NOTICE OF ERRATA RE: MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND EXHIBIT 1 TO THE DECLARATION OF MICHAEL J.D. SWEENEY**

Plaintiffs, by their undersigned counsel, hereby submit this errata to their Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Collective Action Settlement (Doc. 511-4) ("Memorandum") and Exhibit 1 to the Declaration of Michael J.D. Sweeney (Doc. 511-2), as follows:

1. At ECF page 23 of the Memorandum (Page ID 5723), the correct average recovery per Driver is approximately $1,550.

2. At ECF page 32 of the Memorandum (Page ID 5732), the correct number of Settlement Class Members is 6,287.

3. Attached hereto is a corrected Exhibit 1 to the Declaration of Michael J.D. Sweeney, which is the Parties' Settlement Agreement. Specifically, Exhibit 3 to the Settlement Agreement (the list of Settlement Class Members) has been corrected to eliminate any duplicates.

1

Dated: March 3, 2022						Respectfully Submitted,

							*/s/ Lesley Tse*
							Lesley Tse (*pro hac vice*)
							Michael J.D. Sweeney (*pro hac vice*)
							Emily J. Sullivan (*pro hac vice*)
							Getman, Sweeney & Dunn, PLLC
							260 Fair Street
							Kingston, New York 12401
							Telephone: (845) 255-9370
							Fax: (845) 255-8649
							Email: ltse@getmansweeney.com

							Justin L. Swidler, Esq. (*pro hac vice*)
							Joshua S. Boyette, Esq. (*pro hac vice*)
							Swartz Swidler, LLC
							1101 Kings Hwy N., Ste 402
							Cherry Hill, NJ 08034
							Tel: (856) 685-7420
							Fax: (856) 685-7417
							Email: jswidler@swartz-legal.com

							ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF ERRATA RE: MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND EXHIBIT 1 TO THE DECLARATION OF MICHAEL J.D. SWEENEY was electronically filed with the Court and electronically served on the date reflected in the ECF system upon:

Mark Everett Hunt
R. Eddie Wayland
Hunter K. Yoches
King & Ballow Law Offices
315 Union Street Ste. 1100
Nashville, TN 37201
Phone: (615) 259-3456
Fax: (615) 726-5417

By: */s/ Lesley Tse*
     Lesley Tse