IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ELMY, individually and on behalf of all other similarly situated persons, | )<br>)<br>) |
| Plaintiffs, | ) NO. 3:17-cv-01199 |
| v. | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE FRENSLEY |
| WESTERN EXPRESS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiffs' Unopposed Motion for Preliminary Approval of Collective Action Settlement (Doc. No. 511) is **GRANTED**. Accordingly, the Settlement Agreement (Doc. No. 511-2 at PageID # 5521-53) is preliminarily **APPROVED**. Additionally, the Court orders the following:

1. The form and content of the proposed Settlement Notice (Doc. No. 511-2 at PageID # 5555-61) and Notice of Release of Claims (*Id.* at PageID # 5563) are **APPROVED**, subject to the Notices being amended to reflect the Court's new location in Courtroom 6D of the Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Nashville, TN 37203.

2. Settlement Services is **APPROVED** as the Claims Administrator and is **DIRECTED** to mail the Settlement Notice by first class mail to the Settlement Class Members.

3. A fairness hearing is scheduled for **August 29, 2022**, at 10:30 a.m.

4. Plaintiffs' Motion to Ascertain Status (Doc. No. 514) is **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE